```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    Hall of Justice
 4  813 Sixth Street, Suite 450
    Sacramento, CA  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant,
    GEORGE K. STOLBERG, III
 7
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0341 WBS |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| GEORGE K. STOLBERG, III, | |
| Defendant. | |

I, GEORGE K. STOLBERG, III, defendant in the above-entitled case, hereby substitute BLACKMON & ASSOCIATES, as my attorneys in the above-entitled matter in the place of JOHN R. MANNING, Esq.

Dated:  August 27, 2008        __// George K. Stolberg, III// __
                               GEORGE K. STOLBERG, III, Defendant

The undersigned consents to the substitution.

Dated:  August 25, 2008        ___//John R. Manning//_____
                               JOHN R. MANNING


Dated:  August 25, 2008        ____//Clyde M. Blackmon//_____
                               CLYDE M. BLACKMON
                               BLACKMON & ASSOCIATES

1 **ORDER**

2     UPON REQUEST OF DEFENDANT, GEORGE K. STOLBERG, III, and good
3 cause appearing therefore, it is hereby ordered that BLACKMON &
4 ASSOCIATES, be substituted as attorneys for the defendant,
5 GEORGE K. STOLBERG, III, in the above-entitled matter in the
6 place of JOHN R. MANNING.
7 **IT IS SO ORDERED.**

8

9                           DATED: September 15, 2008

10

11                           WILLIAM B. SHUBB
12                           UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28