BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
GEORGE K. STOLBERG III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>GEORGE K. STOLBERG III,<br><br>            Defendant. | Case No.: CR.S-08-341 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  September 22, 2008<br>Time:  8:30 A.M.<br>Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED by George K. Stolberg III, through his counsel Blackmon & Associates, and the United States of America, through its counsel Assistant U.S. Attorney Laurel D. White, that the status conference now scheduled for 8:30 a.m. on September 22, 2008 be continued to October 20, 2008 at 8:30 a.m.

  George K. Stolberg III is charged in two counts with possession of child pornography and distribution of child pornography in violation of 18 U.S.C. §2252(a)(4)(B) and 18 U.S.C. §2252(a)(1).  The indictment also presents a forfeiture allegation pursuant to 18 U.S.C. §2253.  A further continuance

1  is necessary in order to provide the defense with time to review
2  the evidence and to provide the parties additional time to
3  attempt to resolve this matter.
4       Several computers and related electronic storage media were
5  seized in connection with the investigation and arrest of Mr.
6  Stolberg.  Forensic analysis of the seized evidence is alleged
7  to have uncovered evidence of the charged offenses. In order to
8  understand the nature of this evidence and to be in a better
9  position to discuss settlement options, defense counsel must
10 review this evidence.  The seized items are currently in the
11 possession of the Sacramento Valley High Tech Crimes Task Force
12 office in Sacramento.  The law enforcement detective who
13 conducted the initial forensic analysis of the seized items is
14 currently out of the office and is scheduled to return the first
15 week of October.  Defense counsel is scheduled to meet with the
16 detective to review these items on October 8, 2008.  Once the
17 evidence is fully reviewed, the parties have agreed to engage in
18 further discussions regarding possible resolutions to this
19 matter.
20      Therefore, the parties stipulate that the matter be
21 continued to 8:30 a.m. on October 20, 2008, for further status
22 / / /
23
24 / / /
25
26 / / /
27
28

1  conference.  The parties further stipulate that pursuant to 18
2  U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be
3  excluded from September 22, 2008, to October 20, 2008, to give
4  defense counsel additional time in which to prepare.
5  IT IS SO STIPULATED.
6
7  DATED: September 17, 2008        //s// Emily E. Doringer for
                                    By:   LAUREL D. WHITE    ____
8                                         LAUREL D. WHITE
                                          Assistant U.S. Attorney
9
   DATED: September 17, 2008
10
                                    By: _//s// Emily E. Doringer___
11                                        EMILY E. DORINGER
                                          Attorney for Defendant
12                                        GEORGE K. STOLBERG III
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for September 22, 2008 at 8:30 a.m. is vacated and the matter is set for a status conference hearing on October 20, 2008 at 8:30 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code T4], until the next appearance.

IT IS SO ORDERED.

DATED:  September 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME