BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
GEORGE K. STOLBERG III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GEORGE K. STOLBERG III,<br><br>          Defendant. | Case No.: CR.S-08-341 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  November 3, 2008<br>Time:  8:30 A.M.<br>Judge: Hon. William B. Shubb |
|---|---|

   IT IS HEREBY STIPULATED by George K. Stolberg, III, through his counsel Blackmon & Associates, and the United States of America, through its counsel Assistant U.S. Attorney Laurel D. White, that the status conference now scheduled for 8:30 a.m. on October 20, 2008 be continued to November 3, 2008 at 8:30 a.m.

   George K. Stolberg, III is charged in two counts with possession of child pornography and distribution of child pornography in violation of 18 U.S.C. §2252(a)(4)(B) and 18 U.S.C. §2252(a)(1).  The indictment also presents a forfeiture allegation pursuant to 18 U.S.C. §2253.  A further continuance

1  is necessary in order to provide the defense with time to
2  provide the parties additional time to attempt to resolve this
3  matter.
4       Several computers and related electronic storage media were
5  seized in connection with the investigation and arrest of Mr.
6  Stolberg.  Forensic analysis of the seized evidence is alleged
7  to have uncovered evidence of the charged offenses.  On October
8  8, 2008, defense counsel met with investigative agents and had
9  the opportunity to review the evidence.
10      The parties are currently engaged in ongoing settlement
11 negotiations.  A question has arisen regarding the details
12 concerning Mr. Stolberg's prior criminal history.  Defense
13 counsel seeks to investigate further to attempt the nature of
14 this criminal history and the likely effect on any federal
15 sentencing guideline calculation.  In addition, the parties
16 agree further discussion regarding the terms of a proposed
17 resolution is necessary.
18 / / /
19
20 / / /
21
22 / / /
23
24 / / /
25
26
27
28

1    Therefore, the parties stipulate that the matter be
2 continued to 8:30 a.m. on November 3, 2008, for further status
3 conference.  The parties further stipulate that pursuant to 18
4 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be
5 excluded from October 20, 2008, to November 3, 2008, to give
6 defense counsel additional time in which to prepare.
7 IT IS SO STIPULATED.

DATED: October 16, 2008
                                By: //s//Emily E. Doringer for
                                    LAUREL D. WHITE
                                    Assistant U.S. Attorney

DATED: October 16, 2008
                                By: _//s// Emily E. Doringer___
                                    EMILY E. DORINGER
                                    Attorney for Defendant
                                    GEORGE K. STOLBERG, III

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for October 20, 2008 at 8:30 a.m. is vacated and the matter is set for a status conference hearing on November 3, 2008 at 8:30 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code T4], until the next appearance.

IT IS SO ORDERED.

DATED:   October 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME