```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-341-WBS |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| GEORGE K. STOLBERG, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant George K. Stolberg, III it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant George K. Stolberg, III's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)   HP Laptop, Serial #CNU6131CNL, property tag #047996;

   b)   Toshiba MK6032GAX hard drive;

   c)   Dell Desktop Computer, Serial #FSJY461 with hard drive;

        d)    1 DVD+RW disk; and

        e)    Western Digital WD800JD hard drive, Serial Number WMAM9P89419,

2.  The above-listed property constitutes or is traceable to gross profits or other proceeds obtained directly or indirectly from a violation of 18 U.S.C. §§ 2252 (a)(1) and 2252(a)(4)(b), or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2252(a)(1) and 2252(a)(4)(B).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

1 days from the first day of publication of the Notice of
2 Forfeiture posted on the official government forfeiture site, or
3 within thirty (30) days from receipt of direct written notice,
4 whichever is earlier.
5     5.  If a petition is timely filed, upon adjudication of all
6 third-party interests, if any, this Court will enter a Final
7 Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
8 interests will be addressed.
9     SO ORDERED this 3rd day of December, 2008.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE