```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
GEORGE K. STOLBERG, III
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE K. STOLBERG, III,<br><br>　　　　Defendant. | Case No.: CR.S-08-341 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING IMPOSITION OF JUDGMENT AND SENTENCE<br><br>DATE: January 12, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 3 |

　　　IT IS HEREBY STIPULATED between GEORGE K. STOLBERG, III, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Laurel D. White, that the imposition of judgment and sentence in this matter be continued from January 12, 2009, to February 17, 2009, at 8:30 a.m. before the Honorable William B. Shubb.  The parties also stipulate to the following schedule pertaining to the Presentence Repot.

　　　January 12, 2009 – The proposed Presentence Report shall be disclosed to counsel.

1    January 26, 2009 – Counsel's written objections to the
2 Presentence Report shall be delivered to the probation officer
3 and opposing counsel.
4    February 2, 2009 – The Presentence Report shall be filed
5 with the Court and disclosed to counsel.
6    February 9, 2009 – Motions for correction of the
7 Presentence Report shall be filed with the Court and served on
8 the probation officer and opposing counsel.
9    A continuance of the time for imposition of judgment and
10 sentence is necessary because the defense has been delayed in
11 providing information to the probation officer, and the
12 probation officer, therefore, requires additional time in which
13 to prepare the Presentence Report.
14    Thomas H. Brown, the probation officer in this matter, has
15 no objection to a continuance of the time for imposition of
16 judgment and sentence.

IT IS SO STIPULATED.

DATED:   December 2, 2008        __//s// Laurel D. White___
                                 Clyde Blackmon for
                                 Assistant U.S. Attorney
                                 LAUREL D. WHITE


DATED:   December 2, 2008        _//s// Clyde M. Blackmon
                                 CLYDE M. BLACKMON
                                 Attorney for Defendant
                                 GEORGE K. STOLBERG, III

**ORDER CONTINUING DATE FOR**
**IMPOSITION OF JUDGMENT AND SENTENCE**

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for imposition of judgment and sentence in this matter is continued to February 17, 2009 at 8:30 a.m., and the schedule pertaining to the Presentence Report is amended as set forth in the Stipulation between the parties.

IT IS SO ORDERED.

DATED: December 4, 2008

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE