1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00341-WBS |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| GEORGE K. STOLBERG, III, | ) | |
| Defendant. | ) | |

WHEREAS, on or about December 4, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant George K. Stolberg, III forfeiting to the United States the following property:

a) HP Laptop, Serial #CNU6131CNL, property tag #047996;

b) Toshiba MK6032GAX hard drive;

c) Dell Desktop Computer, Serial #FSJY461 with hard drive;

d) 1 DVD+RW disk; and

e) Western Digital WD800JD hard drive, Serial Number WMAM9P89419.

AND WHEREAS, beginning on December 5, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of the publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

     AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

     Accordingly, it is hereby ORDERED and ADJUDGED:

     1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of George K. Stolberg, III.

     2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

     3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

     SO ORDERED THIS 12th day of March, 2009.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE